1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. –Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant Miller

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-40173-DLJ |
| Plaintiff, | STIPULATION TO CONTINUE; ORDER |
| vs. | |
| TERRAINE MILLER, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS HEARING date of September 11, 2009 presently scheduled at 1:00 p.m., before the Honorable D. Lowell Jensen, be vacated and re-set for October 9, 2009 at 9:00 a.m. for STATUS or REVOCATION HEARING.

   The reason for this request is that the government is receiving and compiling additional discovery pertinent to the amended Form 12 Petition filed on September 3, 2009. The government has provided some reports and intends to provide additional discovery to the defense. The defense and the government both request time to review and investigate these charges.

1

1  Defense counsel has contacted Officer Sharpe, who is assigned to this case for the
2  Probation Officer, and she has no objection to this request.
3
4          Date   09/09/09                    /s/
5                                             John Paul Reichmuth
                                              Assistant Federal Public Defender
                                              Counsel for defendant MILLER
6
7
8          Date   09/09/09                    /s/
                                              James Mann
9                                             Assistant United States Attorney
10
11         I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ John Paul Reichmuth
                                              Counsel for Defendant Miller
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1
2
3                                    ORDER
4       IT IS HEREBY ORDERED THAT the above-captioned matter be continued to October
5   9, 2009 at 9:00 a.m. for STATUS OR REVOCATION HEARING.
6       IT IS SO ORDERED.
7
8
9   ___September 9, 2009_____            _____
    Date                                   HON. D. LOWELL JENSEN
10                                         UNITED STATES DISTRICT JUDGE