JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3705
   Facsimile:   (510) 637-3724
   E-Mail:      James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-03-40173 DLJ |
|    Plaintiff, ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO OCTOBER 30, 2009 |
| v. ) | |
| TERRAINE JABAR MILLER, ) | Date:     October 9, 2009<br>Time:     9:00 a.m.<br>Court:    Hon. D. Lowell Jensen |
|    Defendant. ) | |

The above-captioned matter is set on October 9, 2009 before this Court for a status or sentencing hearing on the charges contained in the Amended Petition for Summons for Offender Under Supervision ("Amended Petition"). The parties request that the Court continue the hearing to October 30, 2009 at 9:00 a.m.

On or about September 3, 2009, the United States Probation Office filed the Amended Petition alleging three new violations of supervised release. On September 24, 2009, defendant admitted to charges one through five in the Amended Petition, leaving charges six through eight remaining. Defense counsel requested additional discovery related to charge seven in the Amended Petition. At this time, the government is seeking to obtain the requested discovery from the Contra Costa County Sheriff's Office. The parties, therefore, request that this Court

1  continue the matter to October 30, 2009 to allow the parties time to discuss a potential resolution
2  or to prepare this matter for a hearing.  At the hearing on October 30, 2009, the parties expect to
3  resolve the matter or to set the matter for a hearing before this Court.  Defense counsel has
4  spoken with the United States Probation Officer assigned to this matter, and she is amenable to
5  the requested continuance.

7  DATED: October 8, 2009

10  _____/s/_____              _____/s/_____
    JAMES C. MANN                                JOHN PAUL REICHMUTH
    Assistant United States Attorney             Counsel for Terraine Jabar Miller
11  Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE
No. CR-03-40173 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-03-40173 DLJ |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING |
| v. | ) ) | DATE TO OCTOBER 30, 2009 |
| TERRAINE JABAR MILLER, | ) ) | Date:    October 9, 2009 Time:    9:00 a.m. |
| Defendant. | ) ) | Court:   Hon. D. Lowell Jensen |

The parties jointly requested this Court to continue the hearing set for October 9, 2009 at 9:00 a.m. to October 30, 2009 at 9:00 a.m.  On or about September 3, 2009, the United States Probation Office filed the Amended Petition alleging three new violations of supervised release. On September 24, 2009, defendant admitted to charges one through five in the Amended Petition, leaving charges six through eight remaining.  Defense counsel requested additional discovery related to charge seven in the Amended Petition.  The government is seeking to obtain the requested discovery from the Contra Costa County Sheriff's Office.  Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the October 9, 2009 hearing is continued to October 30, 2009 at 9:00 a.m.

DATED: October 9, 2009

_____
HON. D. LOWELL JENSEN
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE
No. CR-03-40173 DLJ